# CIV10_632 · TUC RCC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

FILED
RECEIVED
OCT 2 2 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY
LODGED COPY

Plaintiff
James R. Breedlove, Jr.   pro se
1635 W. Roger Rd.  #55
Tucson, AZ  85705-2446
(520) 888-6164

CASE NUMBER

vs.

COMPLAINT

Defendant
Rion B. Needs, President, CEO & Director
Asset Acceptance, LLC et al
28405 Van Dyke Ave
Warren, MI 48090-2039
(586) 446-7826

### Jurisdiction
Evo A. DeConcini United States Courthouse
405 West Congress Street
Tucson, AZ 85701
(520) 205-4200

### Complaint

On January 13, 2010, Plaintiff sent by certified mail a legal order and letter to Defendant, in accord with *"Fair Debt Collections Practices Act"* 15 U.S.C. §§ 1692-1692p,{**§ 805.** (c) (3)}, which ordered Defendant to *"Cease Communications"* with Plaintiff—copy enclosed.  Said order took effect 1/19/2010, the date Defendant received it in his office, and has no expiration date.  After Defendant had been legally notified to "Cease" his efforts to "Communicate" with Plaintiff, he has mailed (8) letters to Plaintiff (copies enclosed), and called Plaintiff at least (3) times.  Defendant is guilty of (8) violations of FDCPA and at least (1) one violation of *"Telephone Consumer Protection Act"*.  (More detailed explanation on separate sheet.)

### Demand

In accord with FDCPA, **§ 805.§ 813.** (1) (a) (2) (A) (b), and TCPA, Plaintiff **demands** that Defendant pay *to him* the maximum sum allowed by law ($9500)—$1000  for (8) violations of FDCPA and $1500 for (1) violation of TCPA.

Dated:   Friday, October 22, 2010

James R. Breedlove, Jr.    pro se
1635 W. Roger Rd.  #55
Tucson, AZ  85705-2446
(520) 888-6164

As Plaintiff in these matters, I am the author of the "Cease of Communications" order-letter (COC) which I sent by certified mail on January 13, 2010, to Asset Acceptance LLC, et all (AA). This certified letter was subsequently received in office of AA CEO Rion B. Needs on January 19, 2010 & has no expiration date. In order to more fully explain details I believe the court will find relative to this case, I, James R. Breedlove, Jr., hereby submit to the court the following additional information:

The debts in question are valid as stated. Even though Defendant cannot *legally* seize my home nor garnish my income, I've made regular monthly payments on the debts to AA Legal Collections Vice President Darrin B. Herring since November 2009. After making clear to the lower court which ordered me to pay said debts, that this debt would never be paid in full & that making these payments would *cramp* my already-limited income, *I* initiated an arrangement using Wells Fargo online billpay service. In February 2010, believing that my COC order would be obeyed, I told WF to pay these *automatically*, right after the 1st day of each month, so I wouldn't forget to send the payments.

Then, the 1st (2) calls came in March & April—I don't have more exact information—my recorder was no longer working & due to my Neurological Disabilities, I can't access my phone's recording function—greatly diminished hand & eye coordination makes writing & printing virtually impossible & it's often a scream to use computer keyboards. Debt collector Dave Smith has mailed me (8) illegal letters – mailed between 3.29 & 9.29.2010.(reminding me of the date(s) of my payments, informing me of the balance due on said debts)—all of these *sent* well after 1/19—and debt collector Heather Grace called me between 9/13 & 9/17/10. {I've provided a copy of each letter for the court & her call is recorded in my voice messages.} Each letter constitutes its own violation of FDCPA & should thus be finable separately & additionally by this court. Since this phone call was placed after January 19, 2010, the date AA received my COC letter, TCPA declares it finable at $1500. At present, I'm not planning to sue AA for the 2 previous calls.

Late in 2009, I spoke on phone with Mr Herring & some debt collectors, trying to avoid extra expense of sending COC order. I've provided a copy of my letter to him for the court. After my conversation with Mr. Herring, upon making my *written* demand clear to AA CEO Mr. Needs, believing no further *illegal* communications would ensue towards me, I arranged in February for my bank to make those monthly payments to him as *automatic* payments. The intent of letters & the phone call from AA is irrelevant: My COC made clear that I neither wanted nor needed nor requested any phone calls nor such statements and/or reminders from the Defendant and/or his debt collectors. Hence, the court should deem each such contact as its own separate finable violation of these two laws & should therefore fine Defendant accordingly.

Mr. Needs failed to notify proper personnel in order to facilitate process to "Cease Communications" with me. After being thus *legally* notified of my demand, it became *his* responsibility to notify those people under him who would carry out his instructions, thus advising all his subordinates to notify their debt collectors not to mail or call me. It is thus clear that Mr. Needs failed to properly activate my COC Order, and that he also failed to discharge *his* responsibility to instruct his employees, so that I would receive no further calls or letters after January 19, 2010. My postal receipt proves that this is the date the letter carrier delivered my certified letter/order to his office. This is thus the date that AA received *legal* notification of my demand {that "all named and affected parties" promptly "Cease" their "Communications" efforts with & to me}. My COC order's intent was to prevent any parties {named in that letter}—including debt collectors Dave Smith & Heather Grace—from contacting me after 1/19/2010.

I've provided a copy of my proof-of-income letter from Social Security/SSI for the court.
I've provided a copy of my postal receipt, which proves delivery of my COC demand for the court.
I've also provided a copy of my above-mentioned "Cease of Communications" Letter/Order for the court.

```
=======================================
         MAIN POST OFFICE
        TUCSON, Arizona
            857209398
          0363680724-0092
 01/13/2010 (800)275-8777 05:50:39 PM
=======================================
========= Sales Receipt =======
Product        Sale  Unit     Final
Description     Qty  Price     Price
=======================================
WARREN MI 48093-7132                $0.44
Zone-7 First-Class
Letter
  0.50 oz.
Return Rcpt (Green              $2.30
Card)
Certified
La

                                $5.54

Total:                          $5.54

Paid by:
VISA                            $5.54
  Account #:      XXXXXXXXXXXXX7528
  Approval #:     943492
  Transaction #:  676
  23903380764

   der stamps at USPS.com/shop
  all 1-800-Stamp24.  Go to
SPS.com/clicknship to prin
nippi   labels with postage.
ther        rmation call
-800     JSPS.

i11#   0800940412

  refunds for guaranteed services only
     Thank you for your business
**********************************
**********************************
      HELP US SERVE YOU BETTER

            Go to:
https://postalexperience.com/Pos

    TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

      YOUR OPINION COUNTS
**********************************
**********************************
```

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Asset Acceptance, LLC "Cease of Communication" letter & Order
Attn: Rion B. Needs, President
28405 Van Dyke Ave.
Warren MI 48093-7132

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Deliver
Katie Manford   1-15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☑ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7009 2820 0000 5024 1286

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-15

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

WARREN MI 48093-7132

| | | |
|---|---|---|
| Postage | $ $0.44 | 0724 |
| Certified Fee | $2.80 | 06 |
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.54 | 01/13/2010 |

Sent To  Rion B. Needs, Asset Acceptance
Street, Apt. No.; or PO Box No.  28405 Van Dyke Ave
City, State, ZIP+4  Warren MI 48093

PS Form 3800, August 2006   See Reverse for Instructions

7009 2820 0000 5024 1286

# Asset Acceptance LLC

Toll Free (800)905-8909 Ext. 0
PO Box 2036
Warren, MI 48090-2036

March 29, 2010

Re: Citibank
Original Account #: 5424180862694962
Asset Acceptance LLC Account #: 37646330
Current Balance: $11456.05

Dear James R Breedlove Jr:

This is a reminder that, according to our arrangements, your payment of $25.00 is due on 04/10/2010.
Please be advised that the actual Current Balance may differ from the Current Balance shown above
based upon the accrual of interest and/or any recent payments beyond your normal payment schedule.
If for any reason you are unable to make your payment or have any questions regarding your Current
Balance, please contact me at the phone number listed below.

If payment has already been sent, please disregard this notice.

Asset Acceptance would like to thank you for maintaining the payment plan.  We value the commitment
you made and feel that we may have additional ways to assist you with your debt.

If an opportunity to save on your accumulating interest and decrease the number of payments is
appealing to you, then call your account representative at the number listed below to learn how.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

Dave Smith Phone: (800)905-8909 Ext. 0
Debt Collector
Asset Acceptance LLC

CCGASSE01OS_0340

***Detach Lower Portion and Return with Payment***


PO Box 2039
Warren MI 48090-2039

ADDRESS SERVICE REQUESTED

Asset Acceptance LLC  Account #: 37646330
Current Balance: $11456.05

March 29, 2010

37646330-OS_0340        312196729

|||'|'||||'|||'||'||'|'||'|||'||||'|'||||'||'||'|'|'|||||'|||'||'|'|||

James R Breedlove Jr
1635 W Roger Rd Trlr 55
Tucson AZ 85705-2446

**Asset Acceptance LLC**
PO Box 2036
Warren MI 48090-2036

|.|..||..|.||...|.|..||....|.|||....||..||....||..||..|.|.|

# Asset Acceptance LLC

Toll Free (800)905-8909 Ext. 0
PO Box 2036
Warren, MI 48090-2036

April 26, 2010

Re: Citibank
Original Account #: 5424180862694962
Asset Acceptance LLC Account #: 37646330
Current Balance: $11487.02

Dear James R Breedlove Jr:

This is a reminder that, according to our arrangements, your payment of $25.00 is due on 05/10/2010.
Please be advised that the actual Current Balance may differ from the Current Balance shown above
based upon the accrual of interest and/or any recent payments beyond your normal payment schedule.
If for any reason you are unable to make your payment or have any questions regarding your Current
Balance, please contact me at the phone number listed below.

If payment has already been sent, please disregard this notice.

Asset Acceptance would like to thank you for maintaining the payment plan. We value the commitment
you made and feel that we may have additional ways to assist you with your debt.

If an opportunity to save on your accumulating interest and decrease the number of payments is
appealing to you, then call your account representative at the number listed below to learn how.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

Dave Smith Phone: (800)905-8909 Ext. 0
Debt Collector
Asset Acceptance LLC

CCGASSE01OS_0340

***Detach Lower Portion and Return with Payment***

Asset Acceptance LLC  Account #: 37646330
Current Balance: $11487.02



PO Box 2039
Warren MI 48090-2039

ADDRESS SERVICE REQUESTED

April 26, 2010

Asset Acceptance LLC
PO Box 2036
Warren MI 48090-2036

37646330-OS_0340          325634789

James R Breedlove Jr
1635 W Roger Rd Trlr 55
Tucson AZ 85705-2446

# Asset Acceptance LLC

Toll Free (800)905-8909 Ext. 0
PO Box 2036
Warren, MI 48090-2036

May 27, 2010

Re: Citibank
Original Account #: 5424180862694962
Asset Acceptance LLC Account #: 37646330
Current Balance: $11523.98

Dear James R Breedlove Jr:

This is a reminder that, according to our arrangements, your payment of $25.00 is due on 06/10/2010. Please be advised that the actual Current Balance may differ from the Current Balance shown above based upon the accrual of interest and/or any recent payments beyond your normal payment schedule. If for any reason you are unable to make your payment or have any questions regarding your Current Balance, please contact me at the phone number listed below.

If payment has already been sent, please disregard this notice.

Asset Acceptance would like to thank you for maintaining the payment plan.  We value the commitment you made and feel that we may have additional ways to assist you with your debt.

If an opportunity to save on your accumulating interest and decrease the number of payments is appealing to you, then call your account representative at the number listed below to learn how.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

Dave Smith Phone: (800)905-8909 Ext. 0
Debt Collector
Asset Acceptance LLC

CCGASSE01OS_0340

***Detach Lower Portion and Return with Payment***



PO Box 2039
Warren MI 48090-2039

ADDRESS SERVICE REQUESTED

Asset Acceptance LLC  Account #: 37646330
Current Balance: $11523.98

May 27, 2010

**Asset Acceptance LLC**
PO Box 2036
Warren MI 48090-2036

37646330-OS_0340          341849137

James R Breedlove Jr
1635 W Roger Rd Trlr 55
Tucson AZ 85705-2446

# Asset Acceptance, LLC

Toll Free (800)905-8909 Ext. 0
PO Box 2036
Warren, MI 48090-2036

June 28, 2010

Re: Citibank
Original Account #: 5424180862694962
Asset Acceptance, LLC, Acct #: 37646330
Current Balance: $11562.93

Dear James R Breedlove Jr:

This is a reminder that, according to our arrangements, your payment of $25.00 is due on 07/10/2010. Please be advised that the actual Current Balance may differ from the Current Balance shown above based upon the accrual of interest and/or any recent payments beyond your normal payment schedule. Balance, please contact me at the phone number listed below.

If payment has already been sent, please disregard this notice.

Asset Acceptance, LLC would like to thank you for maintaining the payment plan. We value the commitment you made and feel that we may have additional ways to assist you with your debt.

If an opportunity to save on your accumulating interest and decrease the number of payments is appealing to you, then call your account representative at the number listed below to learn how.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

Dave Smith Phone: (800)905-8909 Ext. 0
Debt Collector
Asset Acceptance, LLC

CCGASSE01OS_0340

\*\*\*Detach Lower Portion and Return with Payment\*\*\*


PO Box 2039
Warren MI 48090-2039

ADDRESS SERVICE REQUESTED

Asset Acceptance , LLC  Acct #: 37646330
Current Balance: $11562.93

June 28, 2010

37646330-OS_0340      357479944

James R Breedlove Jr
1635 W Roger Rd Trlr 55
Tucson AZ 85705-2446

**Asset Acceptance, LLC**
PO Box 2036
Warren MI 48090-2036

# Asset Acceptance, LLC

Toll Free (800)905-8909 Ext. 0
PO Box 2036
Warren, MI 48090-2036

July 27, 2010

Re: Citibank
Original Account #: 5424180862694962
Asset Acceptance, LLC, Acct #: 37646330
Current Balance: $11595.88

Dear James R Breedlove Jr:

This is a reminder that, according to our arrangements, your payment of $25.00 is due on 08/10/2010. Please be advised that the actual Current Balance may differ from the Current Balance shown above based upon the accrual of interest and/or any recent payments beyond your normal payment schedule. If for any reason you are unable to make your payment or have any questions regarding your Current Balance, please contact me at the phone number listed below.

If payment has already been sent, please disregard this notice.

Asset Acceptance, LLC would like to thank you for maintaining the payment plan.  We value the commitment you made and feel that we may have additional ways to assist you with your debt.

If an opportunity to save on your accumulating interest and decrease the number of payments is appealing to you, then call your account representative at the number listed below to learn how.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

Dave Smith Phone: (800)905-8909 Ext. 0
Debt Collector
Asset Acceptance, LLC

CCGASSE01OS_0340

***Detach Lower Portion and Return with Payment***



PO Box 2039
Warren MI 48090-2039

ADDRESS SERVICE REQUESTED

Asset Acceptance , LLC  Acct #: 37646330
Current Balance: $11595.88

July 27, 2010

37646330-OS_0340          372318107

James R Breedlove Jr
1635 W Roger Rd Trlr 55
Tucson AZ 85705-2446

**Asset Acceptance, LLC**
PO Box 2036
Warren MI 48090-2036

# Asset Acceptance, LLC

Toll Free (800)905-8909 Ext. 0
PO Box 2036
Warren, MI 48090-2036

July 27, 2010

Re: Citibank
Original Account #: 5424180862694962
Asset Acceptance, LLC, Acct #: 37646330
Current Balance: $11595.88

Dear James R Breedlove Jr:

This is a reminder that, according to our arrangements, your payment of $25.00 is due on 08/10/2010. Please be advised that the actual Current Balance may differ from the Current Balance shown above based upon the accrual of interest and/or any recent payments beyond your normal payment schedule. If for any reason you are unable to make your payment or have any questions regarding your Current Balance, please contact me at the phone number listed below.

If payment has already been sent, please disregard this notice.

Asset Acceptance, LLC would like to thank you for maintaining the payment plan. We value the commitment you made and feel that we may have additional ways to assist you with your debt.

If an opportunity to save on your accumulating interest and decrease the number of payments is appealing to you, then call your account representative at the number listed below to learn how.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

Dave Smith Phone: (800)905-8909 Ext. 0
Debt Collector
Asset Acceptance, LLC

CCGASSE01OS_0340

***Detach Lower Portion and Return with Payment***



PO Box 2039
Warren MI 48090-2039

ADDRESS SERVICE REQUESTED

Asset Acceptance , LLC  Acct #: 37646330
Current Balance: $11595.88

July 27, 2010

37646330-OS_0340        372317875

James R Breedlove Jr
1635 W Roger Rd Trlr 55
Tucson AZ 85705-2446

**Asset Acceptance, LLC**
PO Box 2036
Warren MI 48090-2036

# Asset Acceptance, LLC

Toll Free (800)905-8909 Ext. 0
PO Box 2036
Warren, MI 48090-2036

August 27, 2010

Re: Citibank
Original Account #: 5424180862694962
Asset Acceptance, LLC, Acct #: 37646330
Current Balance: $11632.83

Dear James R Breedlove Jr:

This is a reminder that, according to our arrangements, your payment of $25.00 is due on 09/10/2010. Please be advised that the actual Current Balance may differ from the Current Balance shown above based upon the accrual of interest and/or any recent payments beyond your normal payment schedule. If for any reason you are unable to make your payment or have any questions regarding your Current Balance, please contact me at the phone number listed below.

If payment has already been sent, please disregard this notice.

Asset Acceptance, LLC would like to thank you for maintaining the payment plan.  We value the commitment you made and feel that we may have additional ways to assist you with your debt.

If an opportunity to save on your accumulating interest and decrease the number of payments is appealing to you, then call your account representative at the number listed below to learn how.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

Dave Smith Phone: (800)905-8909 Ext. 0
Debt Collector
Asset Acceptance, LLC

CCGASSE01OS_0340

***Detach Lower Portion and Return with Payment***

Asset Acceptance , LLC  Acct #: 37646330
Current Balance: $11632.83

 PO Box 2039
Warren MI 48090-2039

ADDRESS SERVICE REQUESTED

August 27, 2010

37646330-OS_0340        388691256

James R Breedlove Jr
1635 W Roger Rd Trlr 55
Tucson AZ 85705-2446

**Asset Acceptance, LLC**
PO Box 2036
Warren MI 48090-2036

# Asset Acceptance, LLC

Toll Free (800)905-8909 Ext. 0
PO Box 2036
Warren, MI 48090-2036

September 27, 2010

Re: Citibank
Original Account #: 5424180862694962
Asset Acceptance, LLC, Acct #: 37646330
Current Balance: $11669.77

Dear James R Breedlove Jr:

This is a reminder that, according to our arrangements, your payment of $25.00 is due on 10/10/2010. Please be advised that the actual Current Balance may differ from the Current Balance shown above based upon the accrual of interest and/or any recent payments beyond your normal payment schedule. If for any reason you are unable to make your payment or have any questions regarding your Current Balance, please contact me at the phone number listed below.

If payment has already been sent, please disregard this notice.

Asset Acceptance, LLC would like to thank you for maintaining the payment plan.  We value the commitment you made and feel that we may have additional ways to assist you with your debt.

If an opportunity to save on your accumulating interest and decrease the number of payments is appealing to you, then call your account representative at the number listed below to learn how.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

Dave Smith Phone: (800)905-8909 Ext. 0
Debt Collector
Asset Acceptance, LLC

CCGASSE01OS_0340

***Detach Lower Portion and Return with Payment***

Asset Acceptance , LLC  Acct #: 37646330
Current Balance: $11669.77


PO Box 2039
Warren MI 48090-2039

ADDRESS SERVICE REQUESTED

September 27, 2010

37646330-OS_0340          404594607

llılllllılıllılıllılıllııllılıllıllılıllıllılıllıllıllıl

James R Breedlove Jr
1635 W Roger Rd Trlr 55
Tucson AZ 85705-2446

**Asset Acceptance, LLC**
PO Box 2036
Warren MI 48090-2036

lılıllılıllıılılıllııılıllıllıllıllıllııllııllıllılıllıl

# Social Security Administration
# **Retirement, Survivors and Disability Insurance**
## Notice of Award

Southeastern Program Service Center
1200 8th Avenue North
Birmingham, AL    35285
Date:  December 13, 2008
Claim Number:  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A

002529 MCSM73 N3  2.200

JAMES R BREEDLOVE JR
1635 W ROGER RD SP 55
TUCSON, AZ 85705-2446

You are entitled to monthly retirement benefits beginning February 2009.

## What We Will Pay And When

- You will receive $580.00 for February 2009 around March 3, 2009.

- After that you will receive $580.00 on or about the third of each month.

- These and any future payments will go to the financial institution you selected.  Please let us know if you change your mailing address, so we can send you letters directly.

## Work And Earnings Affect Payments

The monthly earnings test applies only to 1 year.  That year is the first year a beneficiary has a non-work month after entitlement to Social Security benefits. Our records show that you had or will have at least one non-work month in 2009. If you ever go to work, we will pay benefits for each year based on your work and earnings for that year.

## Other Social Security Benefits

The benefit described in this letter is the only one you can receive from Social Security.  If you think that you might qualify for another kind of Social Security benefit in the future, you will have to file another application.

## Your Responsibilities

Your benefits are based on the information you gave us.  If this information changes, it could affect your benefits.  For this reason, it is important that you report changes to us right away.

Enclosure(s):
Pub 05-10077
Pub 05-10058

C                                            See Next Page

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
04/04/2009

# HOW WE FIGURED YOUR PAYMENT FOR May 2009 ON

## Your Payment Amount

| | |
|---|---|
| The most SSI money the law allows us to pay | $674.00 |
| Minus (-) "Total income we count" (see below) | -560.00 |
| **Total Monthly SSI Payment for May 2009 on** | $114.00 |

## Your Income Other Than Your SSI

Income you receive in March 2009 on affects your payment for May 2009 on

| | |
|---|---|
| Social Security benefits | $580.00 |
| By law we don't count $20.00 of above income | - 20.00 |
| **Total income we count** | $560.00 |

AUG 1 8 2010

SSA-L8155

James R. Breedlove, Jr.                                          Friday, November 6, 2009
1635 W. Roger Rd.  #55
Tucson, AZ  85705-2446



Asset Acceptance LLC
Attn:  Darrin B. Herring, Legal Dep't Vice President
28405 Van Dyke Ave.
Warren, MI  48093-7132
Re:  Account #37647859

Mr. Herring:

I recently had a judgment entered against me in Pima County Superior Court, and this letter is
being written to officially inform you and your legal department how I've decided to handle this.

What I could do, what I would willingly do—in terms of beginning to pay on the debt I owe by
virtue of my two (2) now-closed Citibank accounts has been fully explained in writing to the
court—though your firm may not approve of my arrangements.

I couldn't reach Patricia Neeley, so I'm trying to explain this in this letter.  A few days ago, I
tried talking to Kelley, but she got belligerent and told me I didn't have the right to protect myself
by recording a phone call in my own damn home!  "You do not have my permission to record this
conversation!"  I therefore very abruptly terminated that conversation.

As a disabled man who can't work (now with an income of less than $700) I will never really be
able to fully pay off the debt.  All of this fully explained, again, to the court.

What I *can* do, though, and will begin doing shortly—I first needed to explain this before sending
my 1st payment—is use my bank's online billpay service—they guarantee delivery 3-5 business
days from date of transaction, and I've had good success using their service to pay my bills now
for over a year—to pay your firm $25 each month, beginning early next week, and to continue
unabated for the rest of my life.  You may find *this* letter and my payment from Wells Fargo
arriving the same day. If you fail to acknowledge receipt of *this* letter and your collectors begin
harassing me by phone because of my failure to make "*satisfactory payment* arrangements," I'll
issue your firm a Cease of Communication Order, which will be enforceable in any court of law.
I'd rather not take that extreme measure, and I hope you and your people will not make it
necessary for me to go through that extra expense.

Furthermore, be advised:  I *will record* any and all phone calls to me from your firm.  You and
your collectors have the right to protect yourself from heresay conversations and so do I.
Especially in the privacy of my own home, I'm going to protect myself.

Respectfully,

James R. Breedlove, Jr.

XX

## THIS IS A "CEASE OF COMMUNICATIONS" ORDER & LETTER

James R. Breedlove, Jr.
1635 W. Roger Rd. #55
Tucson, AZ 85705-2446

Wednesday, January 13, 2010

Asset Acceptance LLC
Attn: Rion B. Needs President & CEO
28405 Van Dyke Ave.
Warren, MI 48093-7132
Re: Account #37647859

Mr. Needs:

Once this document is signed-for at your firm, legal notification regarding further communication to me, James R. Breedlove, Jr. has been given. You are then allowed to call me **(one call only)** to inform me that this order will be fully complied to by all parties so affected—including, but not limited to: any and all debt collectors, including those who work now for your firm or its affiliates, and/or to whom the collection thereof could be assigned or sold to; any and all of *your* employees, their family members, associates, business partners and subsidiaries; attorneys and/or those who represent or would represent Asset Acceptance, LLC.

This order states that no further communication (including visits, letters and phone calls) be directed to me, by any and all of the above-named. You are now legally notified of this order! You are also hereby advised: I record phone calls, including *illegal* automated-system-produced calls.

**There is no legal requirement that I be an attorney in order to produce or enforce this order in court.**

There are three (3) laws which govern and regulate conduct between debtors and collectors; each one carries minimum fine(s) of $500 per violation—each violation is separately and additionally finable. Even one such violation would result in whatever debt collection is attempted to be reduced by $1500. Furthermore, declaration by a judge of obsessive and/or abusive contact with me would allow verdict(s) of fines being trebled. Were that to happen, not only would whatever debt is due to you be wiped out, you may actually wind up paying *me*! {The debt issue is dealt with in my 11/6/2009 letter.} Copy enclosed

Your approval or agreement is neither requested nor required in this matter, but your cooperation, your prompt action to ensure that this order is carried out in its entirety is strongly advised.

James R. Breedlove, Jr.

XX

**THIS IS A "CEASE OF COMMUNICATIONS" ORDER AND LETTER`**