IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Breedlove,            ) | No. CV 10-632-TUC-RCC |
| )  | |
| Plaintiff,          ) | **ORDER** |
| ) | |
| vs.                                     ) | |
| ) | |
| Rion Needs, et al.,                ) | |
| ) | |
| Defendant.       ) | |
| ) | |
| _____ ) | |

On February 11, 2011, Plaintiff filed a Notice of Voluntary Dismissal. (Doc. 15). The Clerk of Court inadvertently dismissed this action pursuant to Fed.R.Civ.P. 41(a)(1)(A). This case should have been, and is now, dismissed pursuant to Fed.R.Civ.P. 41(a)(2). Accordingly,

**IT IS ORDERED** that this action shall be dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(2).

**IT IS FURTHER ORDERED** that this case shall remain closed.

DATED this 16th day of February, 2011.

Raner C. Collins
United States District Judge